UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERSAIN VARGAS-MENDEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No.:  26cv3685-LL-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Petitioner Bersain Vargas-Mendez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging that he is wrongfully detained under 8 U.S.C. § 1225(b)(2). ECF No. 1 ("Pet.") ¶¶ 23–29.

The government filed a Return stating that it does not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a). ECF No. 5.

Vargas-Mendez seeks immediate release, but the Court finds a bond hearing is the appropriate remedy. *See Beltran v. Noem*, No. 25CV2650-LL-DEB, 2025 WL 3078837, at *7 (S.D. Cal. Nov. 4, 2025).

Accordingly, the Court **ORDERS** as follows:

1.      Vargas-Mendez's Petition for Writ of Habeas Corpus is **GRANTED**.

26cv3685-LL-MSB

2.    The government shall provide Vargas-Mendez with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within **fourteen days** of the date of this order, unless Vargas-Mendez requests a continuance.[1]

a.    At any such hearing, the immigration judge **SHALL NOT** deny Petitioner bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention.

b.    The immigration judge **SHALL** consider alternative conditions of release and Vargas-Mendez's ability to pay bond if he or she determines bond is appropriate. *See Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

c.    If requested by Vargas-Mendez, the government **SHALL** assist Vargas-Mendez in obtaining the audio recording of the bond hearing. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

3.    The Clerk of Court shall enter judgment in Vargas-Mendez's favor and close this case.

**IT IS SO ORDERED**.

Dated:  July 10, 2026

_____
Honorable Linda Lopez
United States District Judge

---

[1] In a bond hearing under 8 U.S.C. § 1226(a), the burden is on the detainee to demonstrate by a preponderance of the evidence that he is not a flight risk or danger to the community. *Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022) (citation omitted).